TIMOTHY J. SWICKARD – SBN 208777
swickardt@gtlaw.com
TODD A. PICKLES (SBN 215629)
picklest@gtlaw.com
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Tel: (916) 442-1111
Fax: (916) 448-1709

Attorneys for Plaintiff
DOUGLAS WALLACE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WALLACE,<br><br>         Plaintiff,<br><br>v.<br><br>VINCENT JAMES PATTERSON and DOES 1-10,<br><br>         Defendant. | Case No. 3:19-cv-04258 RS<br><br>**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER AND REQUEST FOR FURTHER EXTENSION OF TIME TO COMPLETE WRITTEN SETTLEMENT AGREEMENT AND TO CONTINUE SHOW CAUSE HEARING; ORDER** |

On January 9, 2020, the parties and counsel appeared before the Honorable Robert M. Illman for Court ordered settlement conference. Through the assistance of the Magistrate Judge, the parties successfully settled the entire matter through an oral agreement to be reduced to writing. The matter is set for a hearing on May 14, 2020 for an order to show cause.

Counsel for Plaintiff Douglas Wallace has continued to inquire of and discuss the matter with counsel for defendant Vincent James Patterson. It is Mr. Wallace's understanding that the law offices for defendant's counsel are still closed due to the COVID-19 pandemic and that this, along with general geographic isolation of Mr. Patterson and travel restrictions, have disrupted the ability for defendant to finalize the written settlement agreement and get it executed by their client. Consequently, the parties have been unable to complete and execute the written settlement agreements in time for the hearing on

the order to show cause.

    Mr. Wallace strongly desires to complete the written agreement and obtain the agreed-upon relief, which he understands remains the shared goal of Mr. Patterson. However, the unique factors of the pandemic and its effects on the normal course of business have disrupted the parties' mutual intent and effort to have the oral agreement finalized and the conditions satisfied.

    Based on all of this, Mr. Wallace respectfully requests that the show cause hearing be continued to July 30, 2020, at which time it hoped that the shelter-in-place rules and other disruptions will have been mitigated and thus the settlement agreement can and will be completed and executed.

    IT IS SO REQUESTED.

Respectfully submitted,

Dated: May 7, 2020　　　　　　　　　GREENBERG TAURIG, LLP

By */s/ Todd A. Pickles* _____
    TIMOTHY J. SWICKARD
    TODD A. PICKLES
    Attorneys for Plaintiff Douglas Wallace

**ORDER**

For the reasons stated in the Plaintiff's Response to the Order to Show Cause, and good cause showing, the Court continues the Show Cause hearing to July 30, 2020, with the submission of documents set for July 23, 2020.

IT IS SO FOUND AND SO ORDERED.

Dated: May 7, 2020

_____
HON. RICHARD SEEBORG
United States District Judge