TIMOTHY J. SWICKARD (SBN 208777)
swickardt@gtlaw.com
TODD A. PICKLES (SBN 215629)
picklest@gtlaw.com
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Tel: (916) 442-1111
Fax: (916) 448-1709

Attorneys for Plaintiff
DOUGLAS WALLACE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WALLACE,<br><br>             Plaintiff,<br><br>v.<br><br>VINCENT JAMES PATTERSON and DOES 1-10,<br><br>             Defendant. | Case No. 3:19-cv-04258 RS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The Court, upon the presentation of the Stipulation of Dismissal with Prejudice filed by Plaintiff Douglas Wallace, orders that the matter is hereby dismissed, with prejudice, with each party shall be responsible for its own costs.

IT IS SO ORDERED this  22  day of July, 2020.

_____
THE HONORABLE RICHARD SEEBORG
United States District Court

1

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL